MN,ND-305
(5/94)

CG156

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor:    **BRESTER, SUZANNE**

Chapter 13 Case No.    **07-60640**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| **FRANK J KUNDRAT**<br>**PO BOX 1421**<br>**ST CLOUD, MN 56302-1421** | 7+8 | **$2,500.00** | **$243.74** |

**TOTAL TO CLERK'S FUND**        **$243.74**

**January 16, 2013**        /s/ Kyle L Carlson
DATE        TRUSTEE

U.S. BANKRUPTCY COURT
ST. PAUL, MN
13 JAN 16 PM 12:16
RECEIVED